**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Shane Sichting, | Civ. No. 23-783 (JWB/LIB) |
| Petitioner, | |
| v. | |
| Jared Rarden, *Warden, Rochester FMC/FBOP*, | |
| Respondent. | |
| Shane Sichting, | Civ. No. 23-784 (JWB/LIB) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| Jared Rarden, *Warden, Rochester FMC/FBOP*, | |
| Respondent. | |

United States Magistrate Judge Leo I. Brisbois issued a Report and Recommendation ("R&R") on January 18, 2024. (Doc. No. 24.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The January 18, 2024 Report and Recommendation (Doc. No. 24) is

**ACCEPTED**;

2. Petitioner Shane Sichting's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) in *Sichting v. Rarden*, Civ. No. 23-783 (JWB/LIB), is **DENIED**;

3. The action captioned *Sichting v. Rarden*, Civ. No. 23-783 (JWB/LIB), is **DISMISSED with prejudice**;

4. Petitioner Shane Sichting's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) in *Sichting v. Rarden*, Civ. No. 23-784 (JWB/LIB), is **DENIED**; and

5. The action captioned *Sichting v. Rarden*, Civ. No. 23-784 (JWB/LIB), is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 13, 2024

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge